UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Brenda M. Reinhart LLC; William L. Ackley; Miriam Ackley; Charles A. Allison; David Atkinson; M. Leslie Boyd; Bradley Briscoe; Matt Bruno; Todd Conner; Stephen Cooney; Marlene Cooney; Walter Cody Cox; Alison Hyland, Trustee for Gladys Lorraine Dameron; Michael DeJohn; TME Investments LLC; Ferguson Investments LLC; Paul Grant; Susan J. Hubele; Craig Brent Hubele; David Hudspeth and Stacey Hudspeth, Trustees of The Hudspeth Living Trust; Corby R. Leach; Kelly L. Leach Reginald Marcellus; Joseph Timothy O'Neill; Jana Michell O'Neill; Mitra Partow-Soroushi; Lisa Rivera; Santos Rivera; Ken W. Skoruppa; Lee G. Snider; Brandy C. Snider; Jerry Weathers; Sheril Weathers; Ricarrdo O. Whitehead; Trudy S. Whitehead; Michael Womac; and Dorothy Ann Womac, <br><br>*Plaintiffs*, <br><br>v. <br><br>Audacy Texas, LLC; Audacy Inc.; iHeart Media, Inc.; Emmis Communications Corporation; Sirius XM Radio Inc., <br><br>*Defendants*. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Case No. 3:21-cv-02904-X |

**NOTICE OF PARTIAL VOLUNTARY DISMISSAL AS TO EMMIS COMMUNICATIONS CORPORATION ONLY**

Plaintiffs file the following *Notice of Partial, Voluntary Dismissal as to Emmis Communications Corporation Only* and would respectfully show the Court as follows:

1

## VOLUNTARY DISMISSAL OF EMMIS COMMUNICATIONS

1. On November 19, 2021, Plaintiffs filed their Original Complaint naming Audacy Texas, LLC, Audacy, Inc., iHeart Media, Inc., Emmis Communications Corporation, and Sirius XM Radio Inc. as defendants.

2. All defendants have been served except for Defendant Emmis Communications Corporation.

3. Defendant Emmis Communications Corporation has not filed an answer or motion for summary judgment in this proceeding.

4. Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs voluntarily dismiss, without prejudice, Defendant Emmis Communications Corporation from this lawsuit.  Plaintiffs do ***not*** dismiss any other claims and/or defendants from this action.

## PRAYER

Therefore, for the foregoing reasons, Plaintiffs respectfully request that Defendant Emmis Communications Corporation be dismissed from this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

DATED:  November 10, 2021

                                    Respectfully submitted,

*/s/ Joel B. Bailey*
Joel B. Bailey
Texas State Bar No. 24069330
Joel@HedrickKring.com
Kodie P. Bennion
Texas State Bar No. 24064882
Kodie@HedrickKring.com
Hedrick Kring, PLLC
1700 Pacific Avenue, Suite 4650
Dallas, Texas 75201
Telephone: (214) 880-9664
Fax: (214) 481-1844

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing document has been served on all counsel through the Court's CM/ECF system on December 10, 2021 in accordance with the Federal Rules of Civil Procedure.

*/s/ Joel B. Bailey*

3