UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BRENDA M. REINHART LLC et al., § § *Plaintiffs,* § § v. § § AUDACY TEXAS, LLC et al., § § *Defendants.* § § | Civil Action No. 3:21-CV-2904-X |

## **MEMORANDUM OPINION AND ORDER**

Before the Court are four motions to dismiss Plaintiffs'[1] amended complaint from Audacy Texas, LLC and Audacy, Inc. [Doc. No. 41], iHeart Media, Inc. [Doc. No. 43], Sirius XM Radio Inc. [Doc. No. 39], and Waterloo Media Group, L.P. [Doc. No. 63]. Having carefully reviewed the parties' arguments and the applicable law, the Court finds that the points of dispute contained therein are more appropriate for resolution at the summary judgment stage of this case. Accordingly, the Court concludes that the motion should be and is **DENIED**.[2]

---

[1] Plaintiffs include Brenda M. Reinhart LLC; William L. Ackley; Miriam Ackley; Charles A. Allison; David Atkinson; M. Leslie Boyd; Bradley Briscoe; Matt Bruno; Cardiovascular Coverage, LLC; Todd Conner; Stephen Cooney; Marlene Cooney; Walter Cody Cox; Alison Hyland, Trustee for Gladys Lorraine Dameron; Michael DeJohn; TME Investments LLC; Ferguson Investments LLC; Paul Grant; Susan J. Hubele; Craig Brent Hubele; David Hudspeth and Stacey Hudspeth, Trustees of The Hudspeth Living Trust; Corby R. Leach; Kelly L. Leach; Reginald Marcellus; Joseph Timothy O'Neill; Jana Michell O'Neill; Mitra Partow-Soroushi; Lisa Rivera; Santos Rivera; Ken W. Skoruppa; Lee G. Snider; Brandy C. Snider; Jerry Weathers; Sheril Weathers; Ricarrdo O. Whitehead; Trudy S. Whitehead; Michael Womac; and Dorothy Ann Womac.

[2] In denying the motion, the Court does not foreclose any legal arguments. Rather, the Court prefers to address all arguments in the context of a developed record.

1

**IT IS SO ORDERED** this 29th day of December, 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE